TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00101-CR

Ex parte Leon Lopez, Appellant

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT

NO. 0931096, HONORABLE JON N. WISSER, JUDGE PRESIDING

PER CURIAM

This is an appeal from an order denying relief on a pretrial writ of habeas corpus. 
Because neither a record nor a brief was filed, and because appellant's retained attorney failed to
respond to inquiries from this Court, a hearing in the district court was ordered. Tex. R. App.
P. 37.3(a)(2), 38.8(b)(2). This order prompted counsel to write a letter to the Court stating that
appellant "desired to abandon the appeals case" and that the "case has already been tried." No
motion to dismiss the appeal has been filed. See Tex. R. App. P. 42.2. The district clerk has
confirmed, however, that the underlying cause has been tried. Under the circumstances, any
issues raised in the pretrial habeas corpus proceeding are moot.

Our order of September 23, 1998, is withdrawn. The appeal is dismissed as moot.

Before Chief Justice Yeakel, Justices Jones and B. A. Smith

Dismissed

Filed: October 22, 1998

Do Not Publish